MATTHEW R. EASON, ESQ.  Bar No.  160148
EASON & TAMBORNINI
1819 K Street, Suite 200
Sacramento, CA 95814
Tel:  (916) 438-1819
Fax:  (916) 438-1820

Attorneys for Plaintiffs JASBIR MOONACH,
BHAVANDEEP S. MOONACH, PUNEET S. MOONACH, A Minor
By and Through His Guardian ad Litem, MICHAEL D. McLELLAND

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL TOPP  Bar No. 148445
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
UNITRIN AUTO AND HOME INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR MOONACH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITRIN AUTO AND HOME INSURANCE COMPANY, et al., <br><br> Defendant. | Case No. 2:06-CV-01520-FCD-DAD <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE [Fed.R.Civ.P. 41] <br><br> Judge: The Honorable Frank C. Damrell, Jr. |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs Jasbir Moonach, Bhavandeep S. Moonach, Puneet S. Moonach, a minor, by and through his Guardian ad Litem, Michael D. McLelland, and defendant Unitrin Auto and Home Insurance Company, hereby stipulate that this action shall be dismissed, with prejudice, each party to bear his, her, or its own costs and attorney's fees.

-1-

1  Dated: January ____, 2007        EASON & TAMBORNINI

2

3                                   By:_____
                                        MATTHEW R. EASON
4                                       Attorneys for Plaintiffs JASBIR MOONACH,
                                        BHAVANDEEP S. MOONACH, PUNEET S.
5                                       MOONACH, A Minor By and Through His Guardian ad
                                        Litem, MICHAEL D. McLELLAND
6

7
   Dated: January ____, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP
8

9
                                    By:_____
10                                      BRUCE D. CELEBREZZE
                                        MICHAEL A. TOPP
11                                      Attorneys for Defendant
                                        UNITRIN AUTO AND HOME INSURANCE
12                                      COMPANY

13
   **IT IS SO ORDERED.**
14
   Dated: January 17, 2007
15

16

17

18                                  _____
                                    FRANK C. DAMRELL, JR.
19                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28